UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELISSA SOMOSKY,

                Plaintiff,

      -against-                                     20 **CIVIL** 4387 (MKV)

## JUDGMENT

CONSUMER DATA INDUSTRY ASSOCIATION,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2022, Defendant's Motion to Dismiss is GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

          February 28, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                            **BY:**

                                                            **Deputy Clerk**